**Order filed November 16, 2017**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-17-00655-CV

_____

## ANTHONY HUTCHISON, Appellant

## V.

## DEUTSCHE BANK, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2010-1, Appellee

**On Appeal from the 55th District Court
Harris County, Texas
Trial Court Cause No. 2016-86102**

## O R D E R

Appellant's brief was due November 1, 2017**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 1, 2017**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM